

FILED
JUL 17 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AUSA

'08 MJ 8654

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>Gustavo MORENO-Maldonado<br><br>                    Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about July 16, 2008, within the Southern District of California, defendant Gustavo MORENO-Maldonado did knowingly and intentionally import approximately 53.68 Kilograms (118.09 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 17th DAY OF JULY, 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Gustavo MORENO-Maldonado

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On July 16, 2008, Gustavo MORENO-Maldonado entered the United States at the Calexico, California, West Port of Entry. MORENO was the driver and sole occupant of a 1999 Chevrolet Malibu registered in his name. Customs and Border Protection Officer (CBPO) L. Garcia and Canine Enforcement Officer (CEO) J. Jones were conducting pre-primary inspection operations at the time of his entry.

CEO Jones conducted a sweep of MORENO's vehicle using his Narcotic Detector Dog (NDD) in the pre-primary area. CEO Jones' NDD alerted to the front bumper of the vehicle, indicating the presence of the odor of a controlled substance in that area. CBPO Garcia then conducted received a negative Customs declaration from MORENO.

CBPO Garcia placed handcuffs on MORENO in order to escort him to the vehicle secondary office. At that time, MORENO produced a business card bearing the name Special Agent Frank Gonzalez and stated that he was working for Special Agent Gonzalez.

MORENO was secured in the Vehicle Secondary office so that his vehicle could be thoroughly searched. A total of 56 packages were found concealed within his front bumper and both front quarter panels. The packages contained a green leafy

substance which field-tested positive for marijuana. The total weight of the packages was 53.68 Kilograms (118.09 pounds).

Special Agent (S/A) D. Struckmeyer contacted S/A Gonzalez and confirmed that MORENO was not working for him. S/A Gonzalez stated that he had met MORENO on one occasion, approximately three months earlier, and had not spoken to him since. At no time had S/A Gonzalez ever coordinated any type of operation with MORENO.

S/A Struckmeyer advised MORENO of his rights per Miranda. MORENO stated he understood his rights and he did not wish to make any statements without an attorney present. He then stated that he would like to work with S/A Struckmeyer after he completes his jail time. He said that he would like to show S/A Struckmeyer the house where the drugs were going to be taken to, but he would not want any immediate action to be taken against the house for fear that somebody would know that he provided the information and would seek retribution against his family.