AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

## APPEARANCE

Case Number:   08mj8654

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GUSTAVO MORENO-MALDONADO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/23/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD          228083 |
| | Print Name                                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City                      State                 Zip Code |
| | (619) 234-8467            (619) 687-2666 |
| | Phone Number                              Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj8654 |
| | ) | |
| v. | ) | |
| | ) | |
| GUSTAVO MORENO-MALDONADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of his information and belief, and that a copy of the foregoing Notice of Appearance has

been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101

Dated:  July 23, 2008                           ___/s/ John  C. Ellis, Jr.
                                                JOHN C. ELLIS, JR.
                                                Federal Defenders
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467  (tel)
                                                (619) 687-2666  (fax)
                                                john_ellis@fd.org